01
02
03
04
05
06
07         UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
08                    AT SEATTLE

09  UNITED STATES OF AMERICA,      )   CASE NO.: CR05-231-JCC
                                   )
10         Plaintiff,               )
                                   )
11         v.                       )   DETENTION ORDER
                                   )
12  WILLIAM EDWIN JAMES,           )
                                   )
13         Defendant.               )
    _____)
14

15  Offense charged:

16      Conspiracy to Traffic in Certain Motor Vehicles and Motor Vehicle Parts, Trafficking in

17  a Certain Motor Vehicle

18  Date of Detention Hearing:   June 16, 2005

19      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

20  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

21  that no condition or combination of conditions which defendant can meet will reasonably assure

22  the appearance of defendant as required and the safety of other persons and the community.

23          FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

24      (1)    Defendant is named in a twenty count indictment that has been brought against

25  certain individuals, some of whom are alleged to be leaders and/or members of the Bandidos

26  Outlaw Motorcycle Organization.

01     (2)    The Indictment alleges that the Bandidos Outlaw Motorcycle Organization is a criminal organization whose members and associates engaged in acts of violence, including kidnaping, assault, threats of violence, and extortion in the United States and throughout the world. The Bandidos is alleged to constitute a criminal enterprise as defined in Title 18 USC, Section 1959(b)(2), that is, an enterprise constituting an ongoing organization whose members function as a continuing unit for common purpose of achieving racketeering activity.

    (3)    Mr. James is said to be the Secretary/Treasurer of the Bellingham Chapter of the Bandidos, and responsible for handling club funds on behalf of the organization, alleging that criminally derived proceeds are included in these funds. The government alleges that the defendant was using his business to alter and rebuild stolen motorcycles.

    (4)    According to the AUSA, the defendant was heard during a wiretap making threats to retaliate by effecting physical harm against a Whatcom County Sheriff's Department officer who arrested him on a DWI charge. The defendant denies that the statements, if made, constituted threats.

    (5)    The government contends that, due to defendant's position of power and influence with the Bandidos, his release would put the community at risk and compromise the safety of witnesses in the case.

    (6)    The defendant poses a risk of nonappearance based on national and international ties to the Bandidos organization. He does pose a danger to the community based on the nature of the current charges, his criminal record which suggests a possible alcohol problem, alleged threats against a police officer, and the particular position of leadership which he holds in the Bandidos organization.

    (7)    There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

/ / /

It is therefore ORDERED:

    (1)    Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

    (2)    Defendant shall be afforded reasonable opportunity for private consultation with counsel;

    (3)    On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

    (4)    The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this  16th  day of June, 2005.

_\[signature\]_
Mary Alice Theiler
United States Magistrate Judge